AO 442 (Rev. 12/85) Warrant for Arrest    AUSA EDWARD RYAN    SPECIAL AGENT TODD PHILLIPS (305) 590-4451

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

LSS v.
OR
KENTRICE WILLIAMS

**WARRANT FOR ARREST**

CASE NUMBER: 00-6010-CR-FERGUSON

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **LSS KENTORICE WILLIAMS**
                                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with Intent to Distribute Crack Cocaine and Possession with Intent to Distribute Crack Cocaine,

in violation of Title 21;18 United States Code, Section(s) 846; 841(a)(1) ; 2.

[FILED by __ D.C. JAN 13 2000 CLARENCE MADDOX CLERK OF U.S. DIST. CT. OF FLA. - FT. LAUD.]

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ Pretrial Detention Requested

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

January 13, 2000 Fort Lauderdale, Florida
Date and Location

by [signature] Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |