COURT Entered

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: KENTORICE WILLIAMS (J)           CASE NO: 00-6010-CR-Ferguson
AUSA: Ed Ryan  *present*                ATTNY: _____
AGENT: DEA                              VIOL: 21:846; 841(a)(1)
PROCEEDING: I/A Sealed Indictment       BOND REC: PTD
BOND HEARING HELD - yes/no              COUNSEL APPOINTED: CJA Chris Grillo
___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

FILED by _____ D.C.
JAN 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FT. LAUD

Indictment unsealed
✓ - advised of charges
✓ - sworn for counsel

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

NEXT COURT APPEARANCE:       DATE:          TIME:       JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:          1-26-00        2:00pm        BSS  ✓
PRELIM/ARRAIGN OR REMOVAL: 1-26-00        2:00pm        BSS  ✓
STATUS CONFERENCE:

DATE: 1/21/00          TIME: 11:00     TAPE # 00-005   PG # 8
                                                2800 - 3381