AO 442 (Rev. 12/85) Warrant for Arrest    AUSA EDWARD RYAN    SPECIAL AGENT TODD PHILLIPS (305) 590-4451

## United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

LSS V.
OR
KENTROICE WILLIAMS

**WARRANT FOR ARREST**

CASE NUMBER: **00-6010-CR-FERGUSON**

MAGISTRATE JUDGE SNOW

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____LSS KENTORICE WILLIAMS____
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with Intent to Distribute Crack Cocaine and Possession with Intent to Distribute Crack Cocaine,

in violation of Title 21;18 United States Code, Section(s) 846; 841(a)(1) ; 2.

CLARENCE MADDOX
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ Pretrial Detention Requested

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

January 13, 2000 Fort Lauderdale, Florida
Date and Location

by _[signature]_ Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/13/2000 | James A. TAssone, US Marshal | _[signature]_ |
| DATE OF ARREST | FOR: DEA | Fred Depompa, SDUSM |
| 01/21/2000 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____KENTORICE WILLIAMS_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____WEIGHT: _____

SEX: _____RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:_____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:_____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS:_____

_____