COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

CASE NO: 00-6010-CR-Ferguson

DEFT: Kentorice Williams (J)#
ATTNY: (CJA) Chris Grillo — May be a few minutes late due to state Ct.

USA: Ed Ryan *present*
VIOL:

AGENT:
BOND REC:

PROCEEDING: Arraignment/PTD HEARING

BOND HEARING HELD: (yes)/no     COUNSEL APPOINTED:

BOND SET @ $100,000 PSB

CO-SIGNATURES: mother

FILED BY _____ D.C.
JAN 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment. *verifiable*
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: Broward
12) Halfway House
    Electronic Monitoring

Reside at Dismas House
No illegal drugs or alcohol
* remain at Dismas except to work, court or meet w/ atty

PTD request withdrawn
recommend $100,000 - 10% cosign
sworn
Reading of indictment waived
Not guilty plea entered

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:

INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL: 2-10-00   11:00am   LSS
STATUS CONFERENCE:
DATE: 1-28-00   TIME: 9:00am / 2:00pm / 12:15pm   TAPE # 00-010   PG# 1489

15