

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6010-CR-Ferguson

UNITED STATES OF AMERICA

vs

Kentorice Williams

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on     1-28-00    , where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/~~retained~~ counsel of record will be noticed for trial by the District Court Judg assigned to this case. The following information is current as of this date

DEFENDANT:              Address: __See Bond__

                       Telephone: _____

DEFENSE COUNSEL:       Name: __Chris Grillo__

                       Address: _____

                       Telephone: _____

BOND SET/~~CONTINUED~~:    $ __100,000 PSB__

Bond hearing held:  yes __X__  no ____  Bond hearing set for _____

Dated this __28__ day of __January__, 20 _00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. __00-010__

cc: Clerk for Judge
    U. S. Attorney

16