UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6010Cr-Ferguson

   Plaintiff,   JUDGE: FERGUSON

v.

KENTORICE WILLIAMS,

   Defendant.

_____/

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

PLEASE enter the appearance of CHRISTOPHER A. GRILLO, P.A. as Counsel of Record on behalf of the Defendant, KENTORICE WILLIAMS, for pretrial purposes through trial only in the above styled case, and to forward any and all correspondance or materials to the below indicated address.

DATED: January 25, 2000

                              Respectfully submitted,

                              CHRISTOPHER A. GRILLO, P.A.
                              CJA Counsel for Accused
                              1 East Broward Boulevard, #700
                              Fort Lauderdale, FL 33301
                              (954) 524-1125

                              _____
                              CHRISTOPHER A. GRILLO, ESQ
                              Florida Bar No. 302661