HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __JAMES FRANCIS_____ CASE NO: __00-6011-CR-FERGUSON__

AUSA __ED RYAN / Thompson_____ ATTY __MIKE ZELMAN__ pres  tape

opposed  Disc out – no pending motions ✓       00-009

M/ to change bond pending                          @ 582

DEFT __FREDDIE PINCKNEY_____ CASE NO: __00-6005-CR-DIMITROULEAS__

AUSA __ED RYAN / Thompson_____ ATTY __DAVID HODGE__  – in trial

Disc out – 2 day trial. – No pending

motions.                                           @ 634

DEFT __KENTORICE WILLIAMS, etal_____ CASE NO: __00-6010-CR-FERGUSON__

AUSA __ED RYAN / Thompson_____ ATTY __CHRIS GRILLO__ pres

MICHAEL SMITH, ESQ. FOR VINCENT HUNTER   Trilly stood in

disc out – not rec'd yet by cnsl                   @ 1764

DEFT trial March 6   M/ due 2/28   CASE NO:_____

AUSA possible plea                    ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DATE __2-10-00__                TIME __11:00__

25