UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. #00-6010Cr

    Plaintiff,                        JUDGE: FERGUSON

v.

KENTORICE WILLIAMS, ET AL,

    Defendant.

_____/

## MOTION TO CONTINUE AND
## MOTION FOR ADDITIONAL TIME TO FILE PRETRIAL MOTIONS

COMES NOW the Accused, KENTORICE WILLIAMS, by and through his undersigned counsel, hereby requests this Honorable Court grant a postponement of the Calendar Call and Trial Call in this matter, and as grounds for this motion would submit the following:

1. Calendar Call is presently set for Monday, March 6, 2000 with Trial Call to follow on Monday, March 13, 2000.

2. Undersigned counsel received Government's Initial Response to Standing Discovery Order on February 24, 2000. Undersigned counsel would ask for more time to fully review these items with the Defendant, and for additional time within which to file pre-trial motions.

3. Undersigned counsel is presently scheduled to begin a specially set jury trial on Monday, March 6, 2000 before the Honorable Judge Oftedal in Palm Beach County, Circuit Court. State v. Aurigemma is anticipated to last approximately one (1) week.

4. For the foregoing reasons, undersigned counsel would request that this matter be postponed and that he be permitted additional time within which to file any and all pre-trial motions.

1

5. Undersigned counsel has contacted AUSA Edward Ryan who has no objection to a continuance on the grounds mentioned above.

6. Undersigned counsel attempted to contact co-counsel Michael Smith, Esquire regarding his position on this matter, but at the filing of this motion was unable to do so.

7. This motion is made in good faith and not for purposes of delay or for any other reason not known to this Honorable Court.

WHEREFORE, for the foregoing reasons, the Accused would pray this motion be granted.

I HEREBY CERTIFY that a copy of the foregoing Motion to Continue and for Additional Time to File Pre-trial Motions has been provided by facsimile and U.S. mail to AUSA Edward Ryan, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida, and co-counsel Michael Smith, Esquire, 633 S.E. 3rd Avenue, Suite 4F, Fort Lauderdale, Florida, 33301, this 29 day of February, 2000.

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
CJA Counsel for Accused
1 East Broward Boulevard, #700
Fort Lauderdale, FL 33301
(954) 524-1125

_____
CHRISTOPHER A. GRILLO, ESQ.
Florida Bar No. 302661