ERR:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. <u>00-6010-CR-FERGUSON/SNOW</u>

UNITED STATES OF AMERICA, :
:
    Plaintiff, :
:
vs. :
:
VINCENT HUNTER, and :
KENTORICE WILLIAMS, :
:
    Defendants. :
_____ :

## GOVERNMENT'S FIRST SUPPLEMENTAL DISCOVERY RESPONSE

The United States of America, by and through its undersigned Assistant United States Attorney, hereby files this First Supplemental Discovery Response pursuant to the Standing Discovery Response issued in this case.

    A.    1.    Attached please find updated transcripts of recordings of one or both defendants.

2. Attached please find reports concerning oral post-arrest statements made by the defendants.

                                Respectfully submitted,

                                THOMAS E. SCOTT
                                UNITED STATES ATTORNEY

By: _____
      EDWARD R. RYAN (Court Bar No. A500053)
      Assistant United States Attorney
      500 E. Broward Boulevard, Suite 700
      Fort Lauderdale, Florida 33394
      Telephone: (954) 356-7255x3514
      Facsimilie: (954) 356-7336
      E-Mail Address: Edward.Ryan@justice.usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this ___3___ day of March, 2000, to:

Christopher Grillo, Esquire
Attorney for Kentroice Williams
One East Broward Boulevard, #700
Fort Lauderdale, Florida 33301

and

Michael Smith
Attorney for Vincent Hunter
633 SE 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

_____
EDWARD R. RYAN
Assistant United States Attorney

2