|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>Vs.<br><br>VINCENT HUNTER and<br>KENTORICE WILLIAMS,<br>　　　　Defendants.<br>_____/ | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA<br><br>Case No. 00-6010-CR-FERGUSON |

## ORDER GRANTING MOTIONS TO CONTINUE TRIAL

THIS CAUSE is before the Court on the above-mentioned motions filed by defendants, Vincent Hunter, and Kentorice Williams, on March 2, 2000. The Court having considered the motions and advise of the government that it does not oppose such a motions. Therefore, it is

**ORDERED AND ADJUDGED** that the motions are **GRANTED**.

The trial is continued to the two-week period commencing **April 10, 2000, and Calendar Call is scheduled for 3:15 p.m. on Monday, April 03, 2000**, before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendants reasonable time necessary for effective preparation for trial out weighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (3/1/00 to 4/10/00) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this 10th day of March, 2000.

　　　　　　　　　　　　　　　　　　　　　WILKIE D. FERGUSON, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Ed Ryan, AUSA
Michael Smith, Esq and Chris Grillo, Esq