UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO. #00-6010Cr

    Plaintiff,        JUDGE: FERGUSON

v.

KENTORICE WILLIAMS,

    Defendant.

_____/

## MOTION TO MODIFY TERMS CONDITIONS
## OF PRETRIAL RELEASE

COMES NOW the Accused, KENTORICE WILLIAMS, by and through his undersigned counsel, hereby requests this Honorable Court to modify the conditions of Pretrial Release to release him from the supervision of Dismas House, and as grounds for this motion would submit the following:

1. The Defendant's case is scheduled for Sentencing on August 17, 2000 at 9:30 a.m.

2. The Defendant is currently housed and under the supervision of Dismas House where his time is governed by many rules, as well as a strict curfew.

3. The Defendant has been employed with the Airport Inn since March 21, 2000 and is currently in training for promotion as a cook. This promotion would require the Defendant to work more hours. (See letter from employer attached hereto as Exhibit A)

4. The Defendant has also signed up for classes with Workforce Development. Said classes begin on June 19, 2000 and run Monday through Friday, from 8:30 a.m. through 11:00 a.m. until August 21, 2000. (See application attached hereto as Exhibit B)

1

5. Should the Defendant be released from Dismas House, he would reside with his mother whose address is 1200 N.W. 14th Street, Fort Lauderdale, Florida.

6. Undersigned counsel has contacted AUSA Edward Ryan who has no objection to the Defendant being released from the supervision of Dismas House as a condition of Pretrial Release.

WHEREFORE, for the foregoing reasons, the Accused would pray this motion be granted and that he be released from the supervision of Dismas House, with all other conditions of Pretrial Release remaining in tact, or for any other relief this Court deems just and proper.

I HEREBY CERTIFY that a copy of the foregoing Motion to Modify Conditions of Pretrial Release has been provided by U.S. mail to AUSA Edward Ryan, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida, as well as to James Jamros, PSO, Pretrial Services Office 299 E. Broward Boulevard, Suite 301, Fort Lauderdale, FL 33301, this ___ day of June, 2000.

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
CJA Counsel for Accused
1 East Broward Boulevard, #700
Fort Lauderdale, FL 33301
(954) 524-1125

CHRISTOPHER A. GRILLO, ESQ.
Florida Bar No. 302661

2

# AIRPORT INN

June 6, 2000

Re: Kentorice Williams

To Whom It May Concern:

Kentorice Williams has been Employed at the Airport Inn since March 21, 2000. Hired as a dishwasher, he is doing a fine job. He has also been training as a cook. Kentorice has been learning these new skills quickly and should be able to be on the cooks schedule very soon. Which this will mean a cooks pay and more hours for him.

If you need any further information or have any questions regarding this situation, please do not hesitate to contact me.

Thank you,

*Lisa Riese* (signature)

Lisa Riese
Airport Inn

[Notary stamp: MICHAEL M. MOORE, My Comm Exp. 3/15/2002, No. CC 724892, Personally Known [ ] Other I.D.]

