UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KENTORICE WILLIAMS, ET AL,

Defendant.

_____/

CASE NO. #00-6010Cr

JUDGE: FERGUSON

FILED by _____ D.C.

JUN 29 2000

### ORDER TO MODIFY CONDITIONS
### OF PRETRIAL RELEASE

THIS CAUSE, having come before this Honorable Court on Defendant's Motion to Modify Conditions of Pretrial Release, and the Court being otherwise fully advised in the premises, it is hereby;

ORDERED AND ADJUDGED that said motion is  GRANTED .

IT IS FURTHER ORDERED that the Defendant's Pretrial Release conditions shall be modified in the following manner  - RELEASE FROM DISMAS HOUSE; RESIDE WITH MOTHER .

DONE AND ORDERED in Broward County, Fort Lauderdale, Florida, this 28TH day of June, 2000.

_____
WILKIE D. FERGUSON
DISTRICT COURT JUDGE

Copies furnished to:

Edward Ryan, AUSA
Pretrial Services
Christopher A. Grillo, Esq.