UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. #00-6010Cr

    Plaintiff,   JUDGE: FERGUSON

v.

VINCENT HUNTER AND
KENTORICE WILLIAMS,

    Defendants.

_____/



### JOINT, UNOPPOSED MOTION TO CONTINUE AND MOTION FOR ADDITIONAL TIME TO FILE OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORTS

COMES NOW the Accused, KENTORICE WILLIAMS, by and through his undersigned counsel, and having been stipulated and agreed to by counsel for co-defendant VINCENT HUNTER, and Assistant United States Attorney Edward Ryan, moves this Honorable Court for a postponement of the Sentencing Date which is presently set for August 17, 2000, as well as additional time within which to file objections to the Presentence Investigation Reports, and as grounds for this motion would submit the following:

1. Sentencing for both co-defendants is presently set for August 17, 2000 at 9:30 a.m.

2. Undersigned counsel for Defendant, Kentorice Williams just received the Pre-

Sentence Investigation Report, however, because of out of town business commitments, has not had an opportunity to adequately review same and to file his objections.

    3. Co-counsel Michael Smith has not yet received the Pre-Sentence Report for his client, Vincent Taylor, and would like an opportunity to review same and to file his objections prior to this matter proceeding to sentencing.

    4. The Defendants have not yet been given an opportunity to perform under the Plea Agreement, and wish more time within which to do so.

    5. Undersigned counsel has confirmed and pre-paid vacation plans with his family to travel out of state from August 16, 2000 through August 28, 2000. Undersigned counsel's son is relocating to Pennsylvania to attend his first year of college. Undersigned counsel and his family have prearranged plans to travel with his son to Pennsylvania, to help him move, and to familiarize themselves with the area.

    6. Co-Counsel Michael Smith has spoken with Assistant United States Attorney Edward Ryan who has no objection to this request for continuance and in fact, joins in same.

    7. This motion is made in good faith and not for purposes of delay or for any other reason not known to this Honorable Court.

WHEREFORE, for the foregoing reasons, the Accused would pray this motion be granted, that the Sentencing in this matter be postponed until after August 29, 2000, and that Counsel be allowed up to and including ten (10) days prior to sentencing within which to file any and all objections to the Pre-Sentence Reports.

I HEREBY CERTIFY that a copy of the foregoing Motion to Continue and for Additional Time to File Objections to Pre-Sentence Report has been provided by U.S. mail to AUSA Edward Ryan, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida, and co-counsel Michael Smith, Esquire, 633 S.E. 3rd Avenue, Suite 4F, Fort Lauderdale, Florida, 33301, this _____ day of August, 2000.

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
CJA Counsel for Accused
1 East Broward Boulevard, #700
Fort Lauderdale, FL 33301
(954) 524-1125

CHRISTOPHER A. GRILLO, ESQ.
Florida Bar No. 302661