SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AUG 18 2000

CASE # 00-6010-CR-WDF

DEFENDANT Katrina Williams

JUDGE    WILKIE D. FERGUSON

Deputy Clerk   TROY T. WALKER

DATE August 17, 2000

Court Reporter   Paul Haferling

USPO

AUSA K. Rice for Williams

Deft's Counsel Chris Skelly, Esq.

COUNTS DISMISSED ____ All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

Motion to
Continue is
Granted

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

(to be reset)

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

Comments _____

Assessment $ _____    Fine $ _____

Restitution /Other _____

**CUSTODY**
_____ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____