UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. #00-6010Cr

Plaintiff,   JUDGE: FERGUSON

v.

KENTORICE WILLIAMS, ET AL,

Defendants.

**NIGHT BOX FILED**
DEC 14 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

**MOTION TO ADOPT PLEADING**

_____/

DEFENDANT, KENTORICE WILLIAMS, by and through his Undersigned counsel, moves this Court to permit him to adopt co-defendant Hunter's Unopposed Motion to Continue Sentencing in the above styled matter, and as grounds for this Request, would submit the following:

1. By this Motion, the Defendant, KENTORICE WILLIAMS, seeks to adopt the Unopposed Motion to Continue Sentencing filed in this action by counsel for co-defendant, Vincent Hunter, in order to avoid duplication of effort by the Court, the United States Attorney's Office, and other defense counsel.

2. The interest of justice will best be served by the granting of this Motion and Defendant does not see any way in which the Government can be prejudiced thereby.

WHEREFORE, for the foregoing reasons, the Defendant respectfully request that this Court enter an Order granting the relief requested in this Motion.

DATED: December 13, 2000                Respectfully submitted,

_____
CHRISTOPHER A. GRILLO, ESQ.

I HEREBY CERTIFY that a copy of the foregoing Motion to Adopt Pleading has been provided by U.S. mail to AUSA Edward Ryan, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida, and co-counsel Michael Smith, Esquire, 633 S.E. 3rd Avenue, Suite 4F, Fort Lauderdale, Florida, 33301, this _14_ day of December, 2000.

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
CJA Counsel for Accused
1 East Broward Boulevard, #700
Fort Lauderdale, FL 33301
(954) 524-7125

CHRISTOPHER A. GRILLO, ESQ.
Florida Bar No. 302661