UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. #00-6010Cr

    Plaintiff,

JUDGE:  FERGUSON

v.

VINCENT HUNTER AND
KENTORICE WILLIAMS,

    Defendants.

_____/

### **MOTION TO CONTINUE**
### **SENTENCING DATE**

    COMES NOW the Accused, KENTORICE WILLIAMS, by and through his undersigned counsel, moves this Honorable Court for a postponement of the Sentencing Date which is presently set for January 5, 2001, and as grounds for this motion would submit the following:

    1. Sentencing for both co-defendants is presently set for Friday, January 5, 2001 at 11:30 a.m.

    2. The Defendants have not yet been given the opportunity to fully perform under the Plea Agreement, and wish more time within which to do so.

    3. Undersigned Counsel is committed for date certain to begin a Jury Trial in the



1

Seventeenth Judicial Circuit on January 3, 2001 before the Honorable Judge Alfred

Horowitz in the matter of <u>State v. Ghanem, et al, Case No. 96-19226CF10.</u>

Undersigned counsel represents Defendant Zeno in this RICO case consisting of Eight (8)

defendants which is approximately Four (4) years old. The trial date was agreed upon by

all parties on December 8, 2000 (See Trial Date notice attached hereto). The trial

schedule is as follows: 1/3/01- 1/12/01 Jury Selection; 1/15/01 to 1/19/01 no trial activity;

1/22/01 Opening Statements . Said trial is anticipated to last approximately Eight (8)

weeks. Undersigned counsel will be unavailable to appear for any scheduled court

matters during that time.

4. Undersigned counsel has attempted to contact AUSA Edward Ryan regarding

his position on this matter, but at the filing of this motion has been unable to do so.

5. Undersigned counsel has attempted to contact counsel for co-defendant,

Michael Smith, Esquire, who was unavailable for comment at the filing of this motion.

6. This motion is made in good faith and not for purposes of delay or for any

other reason not known to this Honorable Court.


WHEREFORE, for the foregoing reasons, the Accused would pray this motion be

granted, that the Sentencing in this matter be postponed for approximately Eight (8)

weeks.

I HEREBY CERTIFY that a copy of the foregoing Notice of Conflict and Motion

to Continue has been provided by facsimile and U.S. mail to AUSA Edward Ryan, 500

2

E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida, and co-counsel Michael

Smith, Esquire, 633 S.E. 3rd Avenue, Suite 4F, Fort Lauderdale, Florida, 33301,   this

___3___ day of January, 2001.

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
CJA Counsel for Kentorice Williams
1 East Broward Boulevard, #700
Fort Lauderdale, FL 33301
(954) 524-1125

CHRISTOPHER A. GRILLO, ESQ.
Florida Bar No.  302661

3

STATE OF FLORIDA

IN THE CIRCUIT/COUNTY COURT IN AND

VS.

FOR BROWARD COUNTY, FLORIDA

_Robert Zeno_

CASE NO. 96019226 CF10A

JUDGE ALFRED J. HOROWITZ

The ( TRIAL ) CAL CALL, SENTENCING, STATUS _____ in this case is now

scheduled for _____ 1 - 3 _____, of ( at 8:30 ) / 1:30 PM _____

in room 518 ____ of the Broward County Courthouse.

Remarks _____

DEFENSE / STATE / JOINT / COURT - CONTINUANCE

SPECIAL HEARING                                    CROSS

ALL DEFENDANTS APPEARANCE IS MANDATORY

STATE AND DEFENSE ATTORNEYS ARE REQUIRED TO HAVE

ALL SUBPOENAS ISSUED FOR THE TWO WEEK PERIOD ON THE

DATE INDICATED ABOVE

DONE AND ORDERED _____ 12/6 _____, 2000

If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Court Administrator's ADA Coordinator at 954-831-7721 within 2 working days of your receipt of this notice. If you are hearing impaired or voice impaired, call 954-831-7017 or call the Florida Relay Service at 1-800-995-8771 (TTY) or 1-800-995-8770 (Voice).

A. HOROWITZ
                    JUDGE

In open Court                By Mail

| ( / ) Defendant | ( ) |
| ( / ) Defense Attorney | ( ) |
| ( / ) Bondsman | ( ) |
| ( / ) State | ( ) |
| ( / ) Guardian Ad Litem | ( ) |

BC-110 (Rev. 12/99)                              **COPY FOR DEFENDANT'S ATTORNEY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. #00-6010Cr

    Plaintiff,                              JUDGE:  FERGUSON

v.

KENTORICE WILLIAMS AND
VINCENT HUNTER,

    Defendants.
_____/

## ORDER TO CONTINUE  SENTENCING DATE

    THIS CAUSE, having come before this Honorable Court on Defendant's Motion to

Continue Sentencing,  and the Court being otherwise fully advised in the premises, it is hereby;

    ORDERED AND ADJUDGED that said motion is _____ and the

Sentencing Date for both defendants will be rescheduled for _____.

    DONE AND ORDERED in Broward County, Fort Lauderdale, Florida, this _____ day of

January, 2001.                              _____
                                         WILKIE D. FERGUSON
                                         DISTRICT COURT JUDGE

Copies furnished to:

Edward Ryan, AUSA
Michael Smith, Esq.
Christopher A. Grillo, Esq.