SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAN 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # _OO-6010-CR-WDF_

DEFENDANT _Kentavia Williams_    JUDGE _WILKIE D. FERGUSON_

Deputy Clerk _TROY T. WALKER_    DATE: _January 16, 2001_

Court Reporter _Paul Haferling_    USPO _Tom James Smith_

AUSA _Ed Ryans_    Deft's Counsel _Chris Grillo, Esq_

COUNTS DISMISSED _All Others_
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until ___/___/___ at_____AM / PM

_Right to appeal_

JUDGMENT AND SENTENCE

| | Years | Months | Counts |
|---|---|---|---|
| Imprisonment | | 60 | one |
| | | | |
| | | | |
| Supervised Release | 4 yrs | (See J&C for details) | |
| Probation | Years | Months | Counts |
| | | | |
| | | | |

Comments_____

Assessment $ _100.00_    Fine $ _None_

Restitution /Other _____

CUSTODY
_____ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

__✓__ Voluntary Surrender to (designated institution or U. S. Marshal Service) on _4 /16/01_

Commitment Recommendation: _____
_____
_____

59