UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. #00-6010Cr

Plaintiff,                          JUDGE: FERGUSON

v.

KENTORICE WILLIAMS,

Defendants.

_____/

## AFFIDAVIT OF INDIGENCY

BEFORE ME personally appeared the Undersigned Defendant, KENTORICE WILLIAMS, who, after being duly sworn, states that the following facts are true and correct:

1. I am the Defendant in the above styled case.

2. I had appointed counsel Christopher A. Grillo represent me in the above styled cause before the District Court. I would now request that CJA Counsel be appointed to represent me for purposes of appealing my sentence to the Eleventh Circuit Court of Appeals.

3. I have no ownership of, or equity in, any intangible or tangible personal property, I do not own a vehicle. I own no jewelry, safety deposit boxes, stocks, bonds, nor do I have any assets in a checking or savings account.

4. I was sentenced on January 16, 2001 and am required to surrender to the Department of Corrections in Ninety (90) days to begin my Five (5) year sentence.

5. I have no expectancy of any interest in any property.



6. Further Affiant Sayeth Not.

*Kentorice Williams*
KENTORICE WILLIAMS
AFFIANT

STATE OF FLORIDA )

COUNTY OF BROWARD )

THE FOREGOING INSTRUMENT was acknowledged before me this __19__ day of January, 2001, by KENTORICE WILLIAMS, who is personally known to me or who has produced identification and who did take an oath.

WITNESS my hand and official seal in the County and State last aforesaid, this __19__ day of January, 2001.

NOTARY PUBLIC

My Commission Expires:



NANCY C. LANGGOOD
MY COMMISSION # CC 809879
EXPIRES 03/05/2001
1-800-3-NOTARY   Fla. Notary Services & Bonding Co.