```
FILING FEE
PAID      CJA
In Forma  IFP
Pauperis
          Clarence Maddox, Clerk
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENTORICE WILLIAMS,

    Defendant.
_____/

CASE NO. #00-6010Cr

JUDGE: FERGUSON

## NOTICE OF APPEAL

NOTICE is hereby given that KENTORICE WILLIAMS, the Defendant in the above named case, hereby appeals in the United States District Court of Appeals for the Eleventh Circuit Court, in and for the Southern District of Florida, his plea on June 15, 2000 and conviction and sentence rendered January 16, 2001 by the Honorable Wilkie D. Ferguson, District Court Judge.

DATE: January 19, 2001      Respectfully submitted,

*(signature)*

CHRISTOPHER A. GRILLO, P.A.
CJA Trial Counsel for Accused
Southtrust Tower, Suite 700
1 East Broward Boulevard
Fort Lauderdale, FL 33301
(954) 524-1125
Florida Bar No. 302661