UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. #00-6010Cr

    Plaintiff,   JUDGE: FERGUSON

v.

KENTORICE WILLIAMS, ET AL,

    Defendant.

_____/

**MOTION TO EXTEND SURRENDER DATE**

COMES NOW the Accused, KENTORICE WILLIAMS, by and through his undersigned counsel, hereby requests this Honorable Court grant a postponement of the Surrender Date in the above styled matter, and as grounds for this motion would submit the following:

1. The Defendant is currently scheduled to surrender to the Federal Detention Center in Yazoo City, Missouri on Monday, April 16, 2001 on or before 2:00 p.m.

2. Undersigned counsel filed a Writ of Coram Nobis in the Broward County court to reverse the convictions on misdemeanor cases which were wrongfully used against him at the sentencing on his federal case. (See attached Exhibit A) Said Writ has not been addressed by the Court at the writing of this motion.

3. The Defendant has been designated to Yazoo City, Missouri which is too far to have meaningful visits with family and friends. At the Defendant's request, Undersigned counsel is attempting to have the Defendant redesignated closer to home.

4. For the foregoing reasons, undersigned counsel would request that his Surrender Date

1

be extended for Thirty (30) days, or for any other relief this Court deems just and proper.

5. Undersigned counsel has attempted to contact AUSA Edward Ryan regarding his position, however he was not available for comment at the filing of this motion.

6. This motion is made in good faith and not for purposes of delay or for any other reason not known to this Honorable Court.

WHEREFORE, for the foregoing reasons, the Accused would pray this motion be granted and that the Defendant's date to surrender be extended for Thirty (30) days or for any other relief this Court deems just and proper.

I HEREBY CERTIFY that a copy of the foregoing Motion to Extend Surrender Date has been provided by facsimile and U.S. mail to AUSA Edward Ryan, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida, this _10_ day of April, 2001.

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
CJA Counsel for Accused
1 East Broward Boulevard, #700
Fort Lauderdale, FL 33301
(954) 524-1125

CHRISTOPHER A. GRILLO, ESQ.
Florida Bar No. 302661

IN THE COUNTY COURT OF THE
17th JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

STATE OF FLORIDA,                   CASE NO. 97-012504MM10A

    Plaintiff,                   JUDGE: HERRING

KENTORICE WILLIAMS,

    Defendant

_____/

## WRIT OF ERROR CORAM NOBIS

COMES NOW the Defendant, by and through his Undersigned Counsel, and moves to vacate the conviction in the above styled matter, and as grounds therefore would state:

1. On April 20, 1997, the Defendant was arrested for Count I. Open Carrying of a Weapon, and Count II. Resisting Arrest Without Violence.

2. On June 3, 1997, the Defendant was sentenced to Thirty (30) days in jail on Count I, followed by Six (6) months probation; and a consecutive sentence of Thirty (30) days on Count II, followed by Six (6) months of consecutive probation.

3. The Defendant was never represented by an attorney at any time during the proceeding.

4. On June 1, 1998, (right before his probation was to end) the Defendant was violated on his probation for failure to pay his fine and court costs. He was then sentenced to an additional Sixty (60) days in jail on the probation violation. The Defendant was never represented by an attorney during this stage of the proceeding either.

5. On September 1, 1999, the Defendant was charged with one count of Conspiracy to Possess Cocaine (12.9 grams of cocaine base). A pre-sentence investigation revealed the above misdemeanor conviction and because of that case, the Defendant was denied a significant reduction in jail sentence. The Defendant had no other felony convictions but this case prevents the Defendant from getting a Safety Valve reduction pursuant to 18 U.S.C. 3553.

WHEREFORE, the Defendant requests this conviction be set aside, as violative of his Sixth Amendment right to the assistance of counsel.

I HEREBY CERTIFY that a copy of the foregoing Writ of Coram Nobis has been provided by U.S. Mail to the Office of the State Attorney, Broward County Courthouse, 201 S.E. 6th Street, Suite 730, Fort Lauderdale, Florida, this __19__ day of March, 2001.

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
One E. Broward Boulevard, #700
Fort Lauderdale, FL 33301
(954) 524-1125
Florida Bar No. 302661