UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF F~~LORIDA~~

JUL 17 2001

UNITED STATES OF AMERICA,
Plaintiff,

Vs.     Case No. 00-6010-CR-FERGUSON

KENTORICE WILLIAMS,
Defendant.
_____/

## ORDER DENYING MOTION TO EXTEND SURRENDER DATE

THIS MATTER came before the Court on the above-mentioned motion filed by defendant, Kentorice Williams, on April 10, 2001. After consideration, it is

**ORDERED AND ADJUDGED** that the motion is **_DENIED_**, however, the defendant is granted thirty (30) days to amend the Writ of Error Coram Nobis.

The Writ shall be supplemented with a memorandum of law which addresses, along with substantive issues, the jurisdiction of the Court to entertain the Writ, and to exclude a judgment entered by the State Court as a basis for enhancing a federal sentence. See, Lackawanna County Dist. Attorney, et al., v. Cross, No 99.1884, 2001 WL 417164 (U.S. Apr. 25, 2001). The supplement shall be filed within fifteen (15) days. The government shall respond to the Writ within ten (10) days after the supplement is filed.



DONE AND ORDERED at Fort Lauderdale, Florida this ___17TH___ day of July 2001.

_____
WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

Copies:
Ed Ryan, AUSA
Christopher A. Grillo, Esq
U.S. Marshal Service
U.S. Probation Office