UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

SEP 1 1 2001

UNITED STATES OF AMERICA,
Plaintiff,

Vs.  Case No. 00-6010-CR-FERGUSON

KENTORICE WILLIAMS,
Defendant.
_____/

### ORDER TO RESPOND

THIS CAUSE is before the Court on the defendant, Kentorice Williams'

Motion For Writ Of Error Coram Nobis.

The government is hereby **ORDERED** to respond within fifteen (15) days~~,
to the defendant's motion for writ error coram nobis~~.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 10th day

of September 2001.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Edward Ryan, AUSA
Christopher Grillo, Esq.,
One East Broward Blvd.,
Suite 700
Ft. Lauderdale, FL 33301

