```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 00-6010-CR-FERGUSON
```

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KENTORICE WILLIAMS,

        Defendant.
_____/

GOVERNMENT'S RESPONSE TO PETITION
FOR WRIT OF ERROR CORAM NOBIS

    The United States of America, by and through its undersigned Assistant United States Attorney, hereby responds to defendant's petition for a writ of error coram nobis as follows:

STATEMENT OF THE CASE

    On January 13, 2000, a federal grand jury at Fort Lauderdale, Florida, returned an indictment charging defendant Williams with conspiracy to possess, and possession with intent to distribute, crack cocaine, in violation of 21 U.S.C. §§846 and 841(a)(1) (CR-DE 3).

    On June 15, 2000, defendant Williams changed his plea to guilty to the conspiracy as charged in Count I pursuant to a written plea agreement (CR-DE 36, 37). On January 16, 2001, this Court sentenced defendant Williams to sixty months' imprisonment, followed by forty-eight months' supervised release (CR-DE 59, 62).

    Movant appealed his conviction and sentence to the Eleventh



Circuit Court of Appeals (CR-DE 65). The appeal is presently pending; the docket sheet reflects that the Eleventh Circuit recently received the record on appeal (unnumbered docket entry dated September 17, 2001).

While the appeal was pending, defendant Williams filed this petition for a writ of error coram nobis (CR-DE 79).

## MEMORANDUM OF LAW

Defendant Williams, through counsel, has invoked the extraordinary writ of error coram nobis seeking to vacate his sentence on the basis that uncounseled state misdemeanor convictions improperly increased his criminal history score and prevented him from being sentenced pursuant to the safety valve provisions of the Sentencing Guidelines (USSC §5C1.2). For the reasons set forth below, a petition for writ of error coram nobis is not cognizable.

First, the Eleventh Circuit has held that coram nobis relief is unavailable, as a matter of law, to a person who is still in custody. United States v. Garcia, 181 F.3d 1274 (11th Cir. 1999); United States v. Brown, 117 F.3d 471, 475 (11th Cir. 1997). Other circuits agree. See United States v. Johnson, 237 F.3d 751, 755 (6th Cir. 2001), and cases cited therein. Because defendant Williams is still incarcerated on the sentence imposed in this case, coram nobis relief is not cognizable.

Moreover, the defendant's direct appeal of his conviction and

sentence is presently pending.[1] Therefore, this Court does not have jurisdiction to consider a motion seeking to vacate the conviction because jurisdiction is vested with the Court of Appeals. See <u>United States v. Dunham</u>, 240 F.3d 1328 (11th Cir. 2001) (holding that district court did not have jurisdiction to consider and rule on defendant's §2255 motion while direct appeal pending).[2]

---

[1] The government notes that, as a procedural matter, defendant must raise all available challenges to his conviction and/or sentence on direct appeal. If he does not, he may be procedurally barred from obtaining subsequent collateral review of those claims.

[2] Because a petition for a writ of error coram nobis is unavailable as a matter of law to defendant, the only other post-conviction statutory remedy available to him would be a motion to vacate the conviction or sentence pursuant to 28 U.S.C. §2255. However, as noted by the <u>Dunham</u> court, a §2255 motion may only be filed after disposition of his direct appeal. <u>Dunham</u>, <u>supra</u>, 240 F.3d at 1330.

CONCLUSION

For the foregoing reasons, defendant Williams' petition for a writ of error coram nobis must be dismissed because it is not cognizable as a matter of law and, further, because this Court is presently without jurisdiction to consider a post-conviction motion while the direct appeal is pending.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
COURT I.D. NO. A5500053
500 E. BROWARD BOULEVARD, SUITE 700
FT. LAUDERDALE, FL 33394
TEL. NO. (954) 356-7255, EXT. 3514
FAX NO. (954) 356-7336
E-MAIL ADDRESS: edward.ryan@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing response has been forwarded this ___21___ day of November, 2001, to: Christopher A. Grillo, Counsel for Defendant Williams, One East Broward Boulevard, Suite 700, Fort Lauderdale, Florida, 33301.

_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY

4