UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

Vs.                          Case No. 00-6010-CR-FERGUSON

KENTORICE WILLIAMS,
        Defendant.
_____/

FILED by _____ D.C.
NOV 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DENYING PETITION FOR WRIT OF ERROR CORAM NOBIS

THIS MATTER is before the Court on the above-mentioned petition filed by defendant Kentorice Williams. The Court has considered said motion and the facts stated therein. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the motion is ***DISMISSED*** for lack of jurisdiction.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 28TH day of November 2001.

_____
WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

c:
Edward Ryan, AUSA
Christopher A. Grillo, Esq.,

