Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

FILED by _____ D.C.
JAN 2 2 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

January 18, 2002

RE: 01-10495-II     United States of America v. Vincent Hunter
DC DKT NO.:  00-06010 CR-WDF

TO:  Clarence Maddox

CC:  Michael G. Smith

CC:  Anne R. Schultz

CC:  Randy Alan Hummel

CC:  Stephen Schlessinger

CC:  Christopher A. Grillo, Esq.

CC:  Edward R Ryan

CC:  Administrative File



# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

January 18, 2002

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301



RE: 01-10495-II     United States of America v. Vincent Hunter
DC DKT NO.: 00-06010 CR-WDF

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
  Original Exhibits, consisting of: two psi's
  Original record on appeal or review, consisting of: three volumes

Please acknowledge receipt on the enclosed copy of this letter.

A copy of this letter and the judgment form, but not a copy of the court's opinion or Rule 36-1 decision, is also being mailed to counsel and pro se parties. A copy of the court's opinion or Rule 36-1 decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James Delaney (404) 335-6113

Encl.

MDT-1 (1-2001)



Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

January 18, 2002

RE: 01-10496-II    United States of America v. Kentorice Williams
DC DKT NO.: 00-06010 CR-WDF

TO:   Clarence Maddox

CC:   Christopher A. Grillo, Esq.

CC:   Anne R. Schultz

CC:   Randy Alan Hummel

CC:   Stephen Schlessinger

CC:   Edward R Ryan

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

January 18, 2002

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301



RE: 01-10496-II    United States of America v. Kentorice Williams
DC DKT NO.: 00-06010 CR-WDF

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Please acknowledge receipt on the enclosed copy of this letter.

A copy of this letter and the judgment form, but not a copy of the court's opinion or Rule 36-1 decision, is also being mailed to counsel and pro se parties. A copy of the court's opinion or Rule 36-1 decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James Delaney (404) 335-6113

The Court consolidated this case with case number 01-10495.

Encl.

MDT-1 (1-2001)

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 01-10495
Non-Argument Calendar

---

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 19, 2001
THOMAS K. KAHN
CLERK

D.C. Docket No. 00-06010-CR-WDF

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VINCENT HUNTER,

Defendant-Appellant.

---

No. 01-10496

---

D.C. Docket No. 00-06010-CR-WDF

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KENTORICE WILLIAMS,

Defendant-Appellant.

FILED by _____ D.C.
JAN 2 2 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

---
Appeals from the United States District Court
for the Southern District of Florida
---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

                  Entered:   December 19, 2001
             For the Court:   Thomas K. Kahn, Clerk
                     By:   McCombs, Elaine



ISSUED AS MANDATE
JAN 1 8 2002
U.S. COURT OF APPEALS
ATLANTA, GA.

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 01-10495
Non-Argument Calendar

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 19, 2001
THOMAS K. KAHN
CLERK
```

D.C. Docket No. 00-06010-CR-WDF

UNITED STATES OF AMERICA,

FILED by ___ D.C.
JAN 2 2 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Plaintiff-Appellee,

versus

VINCENT HUNTER,

Defendant-Appellant.

No. 01-10496

D.C. Docket No. 00-06010-CR-WDF

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KENTORICE WILLIAMS,

Defendant-Appellant.

Appeals from the United States District Court for the
Southern District of Florida

**(December 19, 2001)**

Before CARNES, HULL and FAY, Circuit Judges.

PER CURIAM:

Vincent Hunter and Kentorice Williams appeal from their sentences of, respectively, 63 months and 60 months' incarceration to be followed, for each, by four years' supervised release. Hunter and Williams argue that their terms of imprisonment and supervised release were imposed in violation of Apprendi v. New Jersey, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000).

In an en banc decision issued after the briefing was completed in this case, we held that

> Apprendi has no effect on cases in which a defendant's actual sentence falls within the range prescribed by the statute for the crime of conviction. . . . Section 841(b)(1)(C) provides a statutory penalty range applicable to all drug offenses involving the controlled substances listed on Schedules I or II [including cocaine base] without regard to drug quantity. Apprendi thus does not even apply when a defendant's actual sentence for a § 841 drug offense falls within that range.

2

United States v. Sanchez, Nos. 00-13347 and 00-13447, slip op. at 457 (11th Cir. Oct. 17, 2001) (en banc) (emphasis in original).

The statutory maximum penalty here is 20 years' incarceration. 21 U.S.C. § 841(b)(1)(C). As to supervised release, "four-year terms of supervised release are authorized by § 841(b)(1)(C) and not limited by § 3583(b)(2)." Sanchez, slip op. at 476-77.

Hunter and Williams' sentences do not exceed the statutory maxima and, thus, were not imposed in violation of Apprendi. Accordingly, we affirm.

**AFFIRMED.**

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia