PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 62521



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6010-CR-Middlebrooks

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: **Kentorice Williams**

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge
U.S. District Court, Ft. Lauderdale

Date of Original Sentence: January 16, 2001

Original Offense: Conspiracy to Possess With Intent to Distribute Cocaine Base, in violation of Title 21 U.S.C. §846, a Class "B" Felony

Original Sentence: Sixty (60) months Bureau of Prisons followed by four (4) years supervised release and a $100 special assessment fee. Special conditions: 1) Defendant shall participate in an approved treatment program for mental health/substance abuse as directed by the U.S. Probation Office; and 2) Defendant shall submit to a search of his personal property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Office.

Type of Supervision: Supervised Release    Date Supervision Commenced: March 25, 2005

## PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.
[X]  To modify the conditions of supervision as follows:

"The defendant shall perform 50 hours of community service at a site approved by the U.S. Probation Office."

## CAUSE

**VIOLATION OF MANDATORY CONDITION,** by failing to refrain from violation of the law. On or about September 5, 2005, in Broward County, Florida, the defendant was arrested by the Ft. Lauderdale Police Department and charged with the offense of Trespassing, contrary

PROB 12B  
(SD/FL 9/96)                                                                                          SD/FL PACTS No. 62521

to Broward County Municipal Ordinance 16-.1. Further, on December 2, 2005, the defendant pled guilty, adjudication was withheld and he was ordered to pay a Court cost in the amount of $211.

Mr. Williams has agreed to modify his supervised release to include completion of 50 hours of community service. He has been advised that any further non compliance of the conditions of supervision will result in a request for further action from the Court.

Please find attached Probation Form 49, Waiver of Hearing for Your Honor's review. If Your Honor is in agreement with the modification, please indicate below.

                                                        Respectfully submitted,

                            by
                                                        John E. Minnelli
                                                        U.S. Probation Officer
                                                        Phone: (954) 769-5536
                                                        Date: January 9, 2005

REVIEWED & APPROVED BY: _____
                        Jeris L. Smith, Supervising
                        U.S. Probation Officer

## THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

1/24/06  
_____  
Date