PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 62521

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6010-CR-MIDDLEBROOKS

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)



Name of Offender: Kentorice Williams

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Judge, U.S. District Court, Fort Lauderdale, Florida

Name of Re-assigned Judicial Officer: The Honorable Donald M. Middlebrooks, Judge, U.S. District Court, West Palm Beach, Florida

Date of Original Sentence: January 16, 2001

Original Offense: Conspiracy to Possess With Intent to Distribute Cocaine, Title 21, U.S.C. § 846, a Class B felony

Original Sentence: Sixty months incarceration followed by a four (4) year term of supervised release. Special conditions imposed on supervised release are: completion of an approved drug /mental health treatment program; and submit to a reasonable search.
**10/12/2005:** Conditions amended to include fifty hours of community service.

Type of Supervision: Supervised Release          Date Supervision Commenced: March 25, 2005

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[x]   To modify the conditions of supervision as follows:

The defendant shall participate in the Home Detention Electronic Program for a period of 120 days. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance, and provide the U.S. Probation Officer with requested documentation. The defendant shall maintain a telephone at his place of residence without 'call forwarding,' 'call waiting,' a modem, 'caller ID,' or 'call back/call block' services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures as instructed by the U.S. Probation Officer. The defendant shall pay for the electronic monitoring equipment at the prevailing rate or in accordance with ability to pay.



## CAUSE

1. **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about August 10 and 16, 2006, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by Pharm Chem Laboratories, Incorporated.

2. **Violation of Special Condition**, by failing to perform community service hours as directed. On or about February 14, 2006, the defendant executed a community service agreement perform ten (10) hours of community service work per month at Habitat for Humanity Re-Store, 505 West Broward Boulevard, Fort Lauderdale, Florida and to date he has failed to comply with this agreement and is currently forty six (46) hours delinquent.

The defendant admitted to use of an illicit substance, stating that he felt "under pressure" from his peers. Subsequent urine specimens have tested negative for illegal substances. The defendant was confronted on his behavior and offered the attached modification. He willingly and knowingly executed the attached Probation Form 49, Waiver of Hearing Form, agreeing to said modification, if the Court should so order. In addition to the increased sanction of home detention, the defendant will be re-referred to a treatment provider and required to submit to random urine testing via the Code-A-Phone (CAP) system.

Regarding the defendant's failure to comply with his special condition of community service, the defendant stated that his lack of reliable transportation, coupled with his work hours, precluded him from complying. The defendant stated that he will conform to his agreed upon community service schedule commencing in the month of September.

This officer respectfully recommends that Your Honor concur with this recommendation and note accordingly.

Respectfully submitted,

by Albert Torres
U.S. Probation Officer
Phone: 954-769-5514
Date: September 06, 2006

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

9/15/06
Date

PROB 49 (3/89)                                                    SD/FL PACTS #62521

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in the Home Detention Electronic Program for a period of 120 days. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance, and provide the U.S. Probation Officer with requested documentation. The defendant shall maintain a telephone at his place of residence without 'call forwarding,' 'call waiting,' a modem, 'caller ID,' or 'call back/call block' services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures as instructed by the U.S. Probation Officer. The defendant shall pay for the electronic monitoring equipment at the prevailing rate or in accordance with ability to pay.

Witness: _____        Signed: _____
U.S. Probation Officer                                   Supervised Releasee
Albert Torres                                            Kentorice Williams

Date