

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff
-vs-

Williams, Kentonice
Defendant

CASE NUMBER: CR- 00-6010-CR-MIDDLEBROOKS

REPORT COMMENCING CRIMINAL ACTION

55157-004
USMS NUMBER

TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT   (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

1) DATE AND TIME OF ARREST: 12/07/2006  17:30  AM ___ PM X

2) LANGUAGE SPOKEN: English

3) OFFENSE (S) CHARGED: Supervised release Violation

DATE OF BIRTH: 01/05/1978

TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
{ } INDICTMENT    { } COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{X} PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORINGINATING DISTRICT: _____

REMARKS: Sup. Release violator

DATE: 12/08/2006   (8) ARRESTING OFFICER: Quintana

AGENCY: USMS        (10) PHONE: 305-536-5677

COMMENTS: _____