UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6010-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,
v.

KENTORICE WILLIAMS
    Defendant.

**ORDER DENYING GOVERNMENT'S REQUEST FOR PRETRIAL DETENTION and SETTING A BOND**

This Cause came before the Court upon motion of (the government for pretrial detention) (the defendant to set a bond). Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

**X** The government's motion is **denied.**
___ The defendant's motion is **granted**; bond is set at:
    ___ Personal Surety, unsecured, in the amount of $_____
    ___ Personal Surety in the amount of $_____ with 10% posted with Clerk of Court.
    ___ Personal Surety in the amount of $_____ secured by the following collateral: _____
    ___ Full Cash in the amount of $_____
    **X** Corporate Surety in the amount of $ 100,000
    ___ Full Cash or Corporate Surety in the amount of $_____

In addition to the standard conditions of bond, the following special conditions are hereby imposed:
___ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
___ REPORT TO PTS AS FOLLOWS: ___ WEEKLY IN PERSON; ___ WEEKLY BY PHONE; ___ AS DIRECTED
___ CURFEW IMPOSED 7 DAYS A WEEK FROM _____ P.M. TO _____ A.M.
___ MAINTAIN PRESENT RESIDENCE.
___ TRAVEL RESTRICTED TO THE SOUTHERN DISTRICT OF FLORIDA.
**X** SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.
___ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
___ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
___ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.
___ STAY AWAY FROM COMMERCIAL TRANSPORTATION FACILITIES, MARINAS, BUS TERMINALS AND AIRPORTS.
___ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.
___ COSIGNERS ARE NOT TO FURTHER ENCUMBER PROPERTY DURING PENDENCY OF CASE.
___ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____
**DONE AND ORDERED** at Miami, Florida this 12 day of DECEMBER 2006.
TAPE NO. 06G-57-1548
c:AUSA, Deft Counsel,
Pretrial Services, US Marshal

**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**