PROB 19          SD/FL PACTS No. 62521

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6010-CR-MIDDLEBROOKS

FILED by JC
DKTG
DEC 20 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

U.S.A. vs Kentorice Williams

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE 446227 |
|---|
| You are hereby commanded to arrest the within-named Supervised Releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her Supervised Release imposed by the court. |

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Kentorice Williams | B | M | 28 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 721 NW 10 Terrace , Fort Lauderdale , Florida 33311 |

| PROBATION IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| United States District Court , Southern District of Florida | 1/16/2001 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| U.S District Court , West Palm Beach , Florida |

| CLERK Clarence Maddox | (BY) DEPUTY CLERK | DATE 11/17/06 |
|---|---|---|

### RETURN

| Warrant received and executed. | DATE RECEIVED 11/17/06 | DATE EXECUTED 12/07/06 |
|---|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| USMS Ft. Lauderdale, FL |

| NAME | Chrsitina PHaro, US Marshal S/D FL | (BY) Sabrina Livingston, ASDUSM | DATE 12/7/06 |
|---|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for  Southern  District of  Florida  ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."