UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 00-6010-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENTORICE WILLIAMS,

    Defendant.
_____/

**NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

                      KATHLEEN M. WILLIAMS
                      FEDERAL PUBLIC DEFENDER

By:   S/ STEWART G. ABRAMS
       Assistant Federal Public Defender
       Florida Bar No. 0371076
       150 W. Flagler Street, Suite 1500
       Miami, Florida 33130-1556
       E-mail: stewart_abrams@fd.org
       Tel: (305) 536-6900
       Fax: (305) 530-7120

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2006, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

By: <u>S/ STEWART G. ABRAMS</u>