UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: **00-6010-CR-DMM**

UNITED STATES OF AMERICA,
vs.

_Kentorice Williams_

### WAIVER OF PROBABLE CAUSE HEARING

I, _Kentorice Williams_, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to <u>a probable cause hearing on the violation of supervised release</u>.

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on _Dec 22 06_, my right to <u>a probable cause hearing on the violation of supervised Release</u>.

DATED: _12/22/06_

_____
Defendant

_____
Counsel for Defendant

### MAGISTRATE JUDGE'S CERTIFICATE

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to <u>a probable cause hearing on the violation of supervised release</u>.

DATED this _22ND_ day of _Dec_ ~~MARCH~~, 2006, at <u>MIAMI, FLORIDA</u>, Southern District of Florida.

TAPE NO. 06E-_83-1182_

_____
UNITED STATES MAGISTRATE JUDGE
TED E. BANDSTRA

c: AUSA
   Defense Counsel
   Probation
   U.S. Marshal