*5 min*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6010-CR-MIDDLEBROOKS


UNITED STATES OF AMERICA,

v.                                    **REPORT ON LOCAL SUPERVISED**
                                      **RELEASE VIOLATION**

KENTORICE WILLIAMS

_____

        This Cause was referred to the Magistrate Judge by the United
States District Judge for conduct of the preliminary evidentiary
hearing upon the petition of the Probation Office of this Court to
revoke the supervised release imposed upon the defendant in this
case.
        The preliminary hearing was held in accordance with Fed.R.
Crim.P. 32.1(b)(1).
        At the revocation hearing held this date the defendant was
present with counsel.  Upon consideration of all evidence presented
it is
        **Recommended** as follows:
        _____ The evidence fails to establish that the supervised
releasee has violated the conditions of supervised release and the
warrant should be **dismissed.**
        ___✓___ The supervised releasee should be brought before the
District Judge for further proceedings because the ~~evidence
establishes that he/she has violated the conditions of supervised
release in that:~~
        *defendant waived a probable cause hearing.*
        *All further proceedings to occur before*
        *Judge Middlebrooks.*

                        Dated: DECEMBER 22, 2006

                        _____
                        **UNITED STATES MAGISTRATE JUDGE**

                        **TED E. BANDSTRA**

c: U.S. District Judge, Defense Counsel, Probation Officer,
    U.S. Marshal
    TAPE NO.06E-*83-1182*