

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff

-vs-

Kentosice, Williams
Defendant

CASE NUMBER: CR- 00-6010-CR-MIDDLEBROOKS

REPORT COMMENCING CRIMINAL ACTION

55157 004
USMS NUMBER

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT          (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A

1) DATE AND TIME OF ARREST: 1/16/07 _____ A M / 10:00 P M

2) LANGUAGE SPOKEN: Eng

3) OFFENSE (S) CHARGED: Sup Rel

DATE OF BIRTH: 1/5/78

TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
{ } INDICTMENT    { } COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORINGINATING DISTRICT: _____

REMARKS: _____

DATE: 1/16/07    (8) ARRESTING OFFICER: _____

AGENCY: USMS    (10) PHONE: 305 536 5677

COMMENTS: _____