PROB 19a  SD/FL PACTS No. 62521

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6010-CR-MIDDLEBROOKS

U.S.A. vs Kentorice Williams

FILED by _____ D.C.
INTAKE
JAN 23 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. — MIAMI

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |
|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |

| NAME OF SUPERVISED RELEASEE<br>Kentorice Williams | SEX<br>M | RACE<br>B | AGE<br>28 |
|---|---|---|---|
| ADDRESS (STREET,CITY,STATE)<br>Federal Detention Center 33 NE 4th Street, Miami, Florida | | | |
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>United States District Court, Southern District of Florida | DATE IMPOSED<br>01/16/2001 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S District Court Miami, Florida | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | DATE<br>1/5/07 | |

| RETURN |
|---|

| Warrant received and executed. | DATE RECEIVED<br>1/5/07 | DATE EXECUTED<br>1/16/07 |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS)<br>Miami, FL | | |
| NAME  Christina Pharo, US Marshal<br>S/D  FL | (BY)<br>Mark O'Loughlin, SDUSM | DATE<br>1/16/07 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."