## COURT MINUTES

## U.S. MAGISTRATE JUDGE EDWIN G. TORRES - MIAMI, FLORIDA

DEFT: KENTORICE WILLIAMS (J) #55157-004      CASE NO: 00-6010-CR-MIDDLEBROOKS/BROWN

AUSA: Luis Perez      ATTY: D'Arsey Houlihan, AFPD

AGENT:      VIOL: SUPERVISED RELEASE VIOLATION

PROCEEDING: **PROBABLE CAUSE**      RECOMMENDED BOND:

BOND HEARING HELD - yes / no      COUNSEL APPOINTED:

BOND SET @:      To be cosigned by:

❏ Do not violate any law.

❏ Appear in court as directed.

Defendant waived probable cause. Waiver executed

❏ Surrender and / or do not obtain passports / travel documents.

in open court. All further proceedings before

❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

Judge Middlebrooks on 2/9/07.

❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❏ Maintain or seek full - time employment.

❏ No contact with victims / witnesses.

❏ No firearms.

❏ Curfew: _____.

❏ Travel extended to: _____.

❏ Halfway House _____.

NEXT COURT APPEARANCE:      DATE:      TIME:      JUDGE:      PLACE:

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

PRELIM/ARRAIGN. OR REMOVAL:

STATUS CONFERENCE:

DATE: 1/30/07      TIME: 10:00      07E-5-1765      Begin: 10:15      End: 10:25