UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6010-CR-Middlebrooks

UNITED STATES OF AMERICA,

vs.

Kentorice Williams

**WAIVER**

I, Kentorice Williams, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to Probable Cause Hearing.
2) I possess full knowledge and understanding of the charges pending against me in this case.
3) Of my own free will, I do hereby refuse and waive in open court on 1/30/31, my right to Probable Cause Hearing.

DATED: _____

_____
Defendant

**MAGISTRATE JUDGE'S CERTIFICATE**

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to PRELIMINARY HEARING.

DATED this 30 day of Jan., 2007, at Miami, FL
Southern District of Florida.

TAPE 07E- 5-1765

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

c: AUSA
   Defense Counsel
   Pretrial Services/Probation
   U.S. Marshal