UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6010-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENTORICE WILLIAMS,

    Defendant.
_____/

## NOTICE OF RE-ASSIGNMENT

The above captioned case has been re-assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

        By: \_\_/s Dave Lee Brannon_____
          Dave Lee Brannon
          Assistant Federal Public Defender
          Attorney for Defendant
          Florida Bar No. 297941
          400 Australian Avenue, Suite 300
          West Palm Beach, Florida 33401
          Telephone: (561)833-6288
          Fax: (561)833-0368
          *E-Mail: Dave_Brannon@fd.org*

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2007, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

        /s Dave Lee Brannon
Dave Lee Brannon