UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6010-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA
        Plaintiff,

vs.

KENTORICE WILLIAMS,
        Defendant.
_____/

## ORDER AMENDING JUDGMENT AND COMMITMENT ORDER

**THIS MATTER** is before the Court upon the Petition of the United States Probation Office for violations of supervised release. A final revocation hearing was conducted on February 14, 2007. Being fully advised as to the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that the Defendant's period of supervised release is hereby **REVOKED**. Defendant is sentenced to 5 months imprisonment. No supervision will follow.

**DONE AND ORDERED**, in West Palm Beach, Florida, this ___ day of February, 2007.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       USPO
       USMS